UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:00-cr-00209-MOC
[3:96cr66-14]

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **WILLIE ANDREW COLEMAN,** | ) | |
| | ) | |
| Defendant. | ) | |

_____

**THIS MATTER** is before the court on the court's own Motion to Continue SRV/Sentencing.  The United States Marshal has reported that Mr. Coleman is presently receiving high level medical care and will not be available for sentencing as previously scheduled.  Based on such showing, the court will continue sentencing indefinitely so that defendant can receive appropriate care.

## ORDER

**IT IS, THEREFORE, ORDERED** that the court's own Motion to Continue Sentencing is **GRANTED,** and the Clerk of Court is instructed to place this matter on the inactive sentencing docket pending further notification by defendant's counsel or the United States Marshal.

**The Clerk shall send a copy of this Order to Deputy US Marshal Viola.**

1

Signed: April 12, 2013

Max O. Cogburn Jr.
United States District Judge

2