



NORTH CAROLINA WESTERN
MEMORANDUM

Date: 8/20/2013

To: The Honorable Max O. Cogburn, Jr.
United States District Court Judge

From: Bonney J. Price
United States Probation Officer

Subject: Coleman, Willie
3:00CR00209-1
3:96CR00066-14
**REQUEST TO DESTROY SEIZED PROPERTY**

On 05/22/2011, the defendant was sentenced pursuant to a conviction of Failure to Surrender to Service of Sentence. (3:00CR 00209-1) He was ordered to serve eighteen (18) months imprisonment to be followed by a term of two (2) years supervised release. His term of supervised release commenced on 08/12/2010.

On 10/28/1997, the defendant was sentenced pursuant to a conviction of Conspiracy to Possess with Intent to Distribute, and Distribute, Cocaine and Cocaine Base Within 1000 feet of a School. (3:96CR 66-14) He was ordered to serve one-hundred fifty six (156) months imprisonment to be followed by a term of three (3) years supervised release. His term of supervised release commenced on 08/12/2010.

The following property was seized from the defendant during his supervision term: 1) Gift card in the name of James E Flint 2) Wachovia debit card in the name of Irma D Nalls 3) Gift card in the name of Clarence Matthews 4) Wachovia debit card in the name of Jackie E Floyd 5) Allegacy debit card in the name of Nathan Johnson. These items were seized from the defendant's residence on 07/20/2011. His term of supervised release has expired and the pending violations have been Dismissed without Prejudice by The Honorable Max O. Cogburn, Jr. on 08/12/2013.

The probation office neglected to make a request destruction of the seized property at the time of expiration. It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7680, should you have any questions.

THE COURT ORDERS:

- [x] Destroy Seized Property as Requested
- [ ] Do Not Destroy Seized Property
- [ ] Return Seized Property to the Defendant

_____          9-3-13
Signature of Judicial Officer                    Date